**No. 38982.**—Protest 839777–G/86108 of R. R. Street & Co., Inc. (Chicago).

Opinion by McClelland, P. J. It appeared that the articles in question consist of material from which picker straps may be made but that as imported they are not suitable for such use. On the record presented the claim at 15 percent under paragraph 1530 (b) (7) was sustained.

**No. 38983.**—Protest 820595–G of J. L. Hopkins & Co., Inc. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel lavender flowers were held free of duty under paragraph 1722 on the authority of Abstract 36963.

**No. 38984.**—Protests 937699–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by McClelland, P. J. On the records presented the protests were overruled.

### July 6, 1938

**No. 38985.**—━━━━━━━━━━━━━—Protest 913719–G of L. B. Orlowitz & Co., Inc. Abstract 38679. Application by Government for rehearing granted.

### July 7, 1938

**No. 38986.**—Suit 4121.—━━━━━━━━—*American Import Co.* v. *United States.* Abstract 36326 affirmed.

**No. 38987.**—Suit 4061.—━━━━━━━━━━—*Wines & Spirits (Hawaii), Ltd.* v. *United States.* T. D. 48375 affirmed.

**No. 38988.**—Suit 4153.—━━━━━━━━━━━━━ *William A. Foster & Co., Inc.* v. *United States.* T. D. 49232 affirmed.

### July 8, 1938

**No. 38989.**—Suit 4112.—━━━━━━*C. J. Tower & Sons* v. *United States.* T. D. 48960 affirmed.

**No. 38990.**—Suit 4102.—━━━━━━━━—*United States* v. *Invicta Seeland, Inc.* T. D. 48919 reversed.

**No. 38991.**—Suit 4109.—━━━━━━━━━━━*Faber, Coe & Gregg, Inc.* v. *United States.* T. D. 48882 affirmed.

### July 12, 1938

**No. 38992.**—Suit 4150.—━━━━━━━━━—*United States* v. *Geo. S. Bush & Co., Inc., et al.* T. D. 49211 affirmed.